IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEBRHATO TSEHAI,

     Plaintiff,                               No. CIV S-05-0759 DFL DAD P

     vs.

TERESA A. SCHWARTZ, et al.,

     Defendants.                  ORDER

_____/

     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

     Plaintiff's in forma pauperis application is incomplete. Plaintiff has submitted only the second page of a two-page form, and the certified copy of plaintiff's prison trust account statement does not cover the full six-month period immediately preceding the filing of plaintiff's complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff may not proceed with this action until he has submitted an in forma pauperis application that is complete.

     Accordingly, IT IS HEREBY ORDERED that:

     1. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order. The

1  application must include a certified copy of plaintiff's prison trust account statement for the six
2  month period immediately preceding April 15, 2005, the date on plaintiff's complaint.  Plaintiff's
3  failure to comply with this order will result in a recommendation that this action be dismissed
4  without prejudice.
5              2.  The Clerk of the Court is directed to send plaintiff a copy of the form
6  Application to Proceed In Forma Pauperis By a Prisoner for use in prisoner civil rights actions.
7  DATED: June 13, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
tseh0759.3cn